UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

ANTHONY JAMAL JONES,

Defendant.

Case No.  94-cr-20079-EJD-1

**ORDER GRANTING ADMINISTRATIVE MOTION TO FILE UNDER SEAL**

Dkt. No. 74

Before the Court is Defendant Jones's unopposed administrative motion to seal two exhibits filed in support of his Motion for Compassionate Release (Dkt. No. 72).  Dkt. No. 74 ("Mot.").  The documents sought to be sealed are Exhibit B, Mr. Jones's presentence report, and Exhibit I, certain of Mr. Jones's medical records.  Mot. at 1.

Pursuant to Criminal Local Rule 56-1, the Court will GRANT the motion.  Although there is a "strong presumption in favor of access" to judicial proceeding and records—including criminal proceedings—that presumption may be overcome by a showing of "compelling reasons" for sealing.  *Kamakana v. City & Cty. of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006).  The Court is satisfied that Defendant Jones has made such a showing.  Defendant Jones contends that the documents at issue "contain sensitive and confidential details about Jones's health and background," Mot. at 1, and the Court confirms that is the case.  Protecting Mr. Jones's privacy interest in his sensitive personal information is a compelling reason for sealing.  *See* Federal Rule of Criminal Procedure 49.1 (requiring the redaction of certain personally identifiable information); *see United States v. Aispuro*, 163 F.3d 607 (9th Cir. 1998) (affirming sealing of presentence report) (citing *United States v. Schlette*, 842 F.2d 1574, 1581 (9th Cir. 1988)).  Meanwhile, the

disclosure of the personal information contained in Exhibits B and I is not necessary to the public's understanding of the underlying Motion for Compassionate Release.

The Court therefore finds that Defendant Jones has met his burden of justifying the sealing of Exhibits B and I, and hereby GRANTS the motion.

**IT IS SO ORDERED.**

Dated:

_____
EDWARD J. DAVILA
United States District Judge

Case No.: 94-cr-20079-EJD-1
ORDER GRANTING ADMINISTRATIVE MOTION TO FILE UNDER SEAL
2